UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PATRICIA LESKO,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>ZEIGLER AUTO GROUP, INC, *et al.*<br><br>    Defendants.<br>_____/ | Case No. 1:24-cv-00432<br><br>Hon. Jane M. Beckering<br>U.S. District Judge<br><br><br>**FILED *EX PARTE* AND UNDER SEAL** |

## ORDER

Upon consideration of the United States of America's *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, and for good cause shown:

IT IS HEREBY ORDERED that the Application of the United States is GRANTED. The time for the United States to decide whether to intervene in all or some of the Relator's Complaint is extended to January 23, 2025; and

IT IS FURTHER ORDERED that all filings shall remain under seal.


IT IS SO ORDERED, this 24th day of ___July___, 2024.

                                    /s/ Jane M. Beckering
                                    HON. JANE M. BECKERING
                                    U.S. District Judge