UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PATRICIA LESKO, | Case No. 1:24-cv-00432 |
| Plaintiff-Relator, | Hon. Jane M. Beckering<br>U.S. District Judge |
| v. | |
| ZEIGLER AUTO GROUP, INC, *et al.* | **FILED *EX PARTE* AND UNDER SEAL** |
| Defendants. | |

_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on November 27, 2024, I caused a copy of the Court's November 25, 2024 Order, ECF No. 22, to be sent via United States mail, postage prepaid, and email to:

Samuel R. Simkins
Akeel & Valentine, PLC
888 W. Big Beaver Road 420
Troy, Michigan, 48084
sam@akeelvalentine.com

*Counsel for Relator*

Dated:  November 27, 2024  Respectfully submitted,

        MARK A. TOTTEN
        United States Attorney

        s/ Whitney M. Schnurr
        WHITNEY M. SCHNURR
        Assistant United States Attorney
        U.S. Attorney's Office
        Western District of Michigan
        P.O. Box 208
        Grand Rapids, MI 49503
        Tel: (616) 456-2404
        E-mail: Whitney.Schnurr@usdoj.gov